NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**APOTEX INC.,**
*Plaintiff-Appellant,*

v.

**EISAI, INC. AND EISAI CO., LTD.,**
*Defendants-Appellees.*

---

2010-1559

---

Appeal from the United States District Court for the Middle District of North Carolina in case no. 09-CV-0477, Chief Judge James A. Beaty, Jr.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of Apotex, Inc.'s motion to voluntarily withdraw its appeal,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

(3) All other pending motions are denied as moot.

FOR THE COURT

___DEC 13 2010___
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Robert B. Breisblatt, Esq.
Bruce M. Wexler, Esq.

s21

Issued As A Mandate: ___DEC 13 2010___

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 13 2010

JAN HORBALY
CLERK